1  Jason G. Gong (SBN 181298)
   LAW OFFICE OF JASON G. GONG
2  *A Professional Corporation*
   2121 N. California Blvd., Suite 290
3  Walnut Creek, CA  94596
   Telephone:  (925) 735-3800
4  Facsimile: (925) 735-3801
   Email: jgong@gonglawfirm.com
5
   Attorney for Defendant KHAMPHONE
6  KHAMSOMPHOU, individually and dba
   VIENTIANE BEAUTY SALON
7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  JOSE DANIEL CASTILLO-ANTONIO,    )  Case No. 3:13-cv-00139-EMC
                                     )
12           Plaintiff,              )
                                     )  **STIPULATION AND [P~~ROPOSED~~]**
13       vs.                         )  **ORDER TO CONTINUE MEDIATION**
                                     )  **DEADLINE**   AND RESCHEDULING CMC
14  KHAMPHONE KHAMSOMPHOU,           )
    individually and dba VIENTIANI BEAUTY )
15  SALON and DOES 1-50 inclusive,   )  Complaint Filed:  January 10, 2013
                                     )  Trial Date:  None
16           Defendants.             )
                                     )
17  _____    )

18

19       Plaintiff JOSE DANIEL CASTILLO-ANTONIO ("plaintiff") and Defendant

20  KHAMPHONE KHAMSOMPHOU, individually and dba VIENTIANE BEAUTY SALON,

21  incorrectly named as Vientiani Beauty Salon ("Defendant"), by and through their respective

22  counsel of record, hereby request and make the following stipulation:

23       1.     WHEREAS, the Court has set a mediation deadline in this matter of September 3,

24  2013;

25       2.     WHEREAS, counsel for the parties herein convened on July 31, 2012 for a

26  telephonic pre-mediation conference call with the Court-appointed mediator in this matter;

27       3.     WHEREAS, defense counsel's existing commitments for the month of August

28
---
*Castillo-Antonio v. Khamsomphou*, Case No. 3:13-cv-00139-EMC
Stipulation and [Proposed] Order to Continue Mediation Deadline

1

1 | 2013 limit his availability to participate in a mediation this month;

2 |     4.    WHEREAS, all counsel believe that an extension of the mediation deadline will
3 | allow the parties sufficient time to set a mediation date and will enable the parties to discuss
4 | possible resolution of issues presented in this matter, including the possible resolution of this
5 | action;

6 |     5.    WHEREAS, the parties wish to continue the September 3, 2013 mediation
7 | deadline until October 4, 2013;

8 | **IT IS SO STIPULATED BY THE PARTIES:**

9 |     1.    That the Court may continue the September 3, 2013 mediation deadline until
10 | October 4, 2013.

12 | Dated: August 2, 2013      LAW OFFICE OF JASON G. GONG
 |      *A Professional Corporation*

 |      */s/ Jason G. Gong*

15 | By: _____
 | Jason G. Gong
 | Attorney for Defendant KHAMPHONE
16 | KHAMSOMPHOU, individually and dba
 | VIENTIANE BEAUTY SALON

18 | Dated: August 2, 2013      RICHARD A. MAC BRIDE
 | LAW OFFICE OF RICHARD A. MAC BRIDE

 | */s/ Richard A. Mac Bride*
20 | By: _____
 | Richard A. Mac Bride
21 | Attorney for Plaintiff JOSE DANIEL
 | CASTILLO-ANTONIO

---

*Castillo-Antonio v. Khamsomphou*, Case No. 3:13-cv-00139-EMC
Stipulation and [Proposed] Order to Continue Mediation Deadline

**[PROP~~OS~~ED] ORDER**

**IT IS HEREBY ORDERED** that the Court's September 3, 2013 Mediation deadline is continued until October 4, 2013.  The Case management conference is rescheduled for October 17, 2013 at 9:00 a.m.  A joint CMC Statement shall be filed by October 10, 2013.

DATED: \_\_\_\_8/5_____, 2013              _____
                                            Honorable Edward M. Chen
                                            UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

---

*Castillo-Antonio v. Khamsomphou*, Case No. 3:13-cv-00139-EMC
Stipulation and [Proposed] Order to Continue Mediation Deadline