```
RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
865 Marina Bay Parkway, Suite 43
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Jose Daniel Castillo-Antonio
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jose Daniel Castillo-Antonio,

        Plaintiff,

Vs.

Khamphone Khamsomphou, individually and dba Vientiani Beauty Salon, and Does 1 to 50 inclusive,

        Defendants.

Case Number _____ C-13-0139 __EMC

STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER

Plaintiff Jose Daniel Castillo-Antonio and Defendant Khamphone Khamsomphou, individually and dba Vientiani Beauty Salon, by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties jointly request that the Court dismiss this action with prejudice, with each party to bear his or her own attorney's fees and costs.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride, Esq. /s/ Richard A. Mac Bride

Attorney for Plaintiff Jose Daniel Castillo-Antonio

Law Offices of Jason G. Gong – By: Jason Gong, Esq. /s/ Jason G. Gong

Attorney for Defendant Khamphone Khamsomphou

STIPULATION AND ORDER OF DISMISSAL – 13-0139

-1-

ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Confidential Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action Jose Daniel Castillo-Antonio v. Khamphone Khamsomphou, Case No. C-13-0139, is dismissed with prejudice with each party to bear his or her own attorney's fees and costs.

Date: __1/6/14_____

IT IS SO ORDERED

Judge Edward M. Chen